# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY KNUTSON,<br><br>    Plaintiff,<br><br>    v.<br><br>TRANSUNION, LLC, et al.,<br><br>    Defendants. | Case No. 1:25-cv-00255-JLT-SAB<br><br>ORDER GRANTING BRIAN MELENDEZ'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 7) |

The Court has read and considered the application of Brian Melendez, attorney for Defendant TD Bank USA, N.A. for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District. (ECF No. 7.) Having reviewed the application, Brian Melendez's application for admission to practice *pro hac vice* is HEREBY GRANTED. The *Pro Hac Vice* Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:   **March 6, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1