# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY KNUTSON,<br><br>            Plaintiff,<br><br>     v.<br><br>TRANSUNION, LLC, et al.,<br><br>            Defendants. | Case No. 1:25-cv-00255-JLT-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS AS TO DEFENDANT TD BANK USA, N.A.<br><br>(ECF No. 15)<br><br>**MAY 26, 2025 DEADLINE** |

On March 26, 2025, Plaintiff filed a notice of settlement, informing the Court that a settlement has been reached with Defendant TD Bank USA, N.A. and that dispositional documents will be filed within sixty days. (ECF No. 15.) Defendant TD Bank USA, N.A. has not filed a responsive pleading nor are any dates set in this action.

Accordingly, pursuant to the stipulation, it is HEREBY ORDERED that Plaintiff shall file dispositional documents **no later than May 26, 2025**. Any request for an extension shall be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated:  **March 27, 2025**

STANLEY A. BOONE
United States Magistrate Judge