1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  TAMMY KNUTSON, | Case No. 1:25-cv-00255-JLT-SAB |
| 11      Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS AS TO DEFENDANT TRANSUNION, LLC |
| 12      v. | |
| 13  TRANSUNION, LLC, et al., | (ECF No. 17) |
| 14      Defendants. | **MAY 27, 2025 DEADLINE** |

15

16      On March 28, 2025, Plaintiff filed a notice of settlement informing the Court that a

17  settlement has been reached with Defendant TransUnion, LLC and that dispositional documents will

18  be filed within sixty days. (ECF No. 17.) Defendant TransUnion, LLC has not filed a responsive

19  pleading nor are any dates set in this action.

20      Accordingly, it is HEREBY ORDERED that Plaintiff file dispositional documents **no**

21  **later than May 27, 2025**. Any request for extension shall be supported by good cause. L.R. 160.

22

23  IT IS SO ORDERED.

24  Dated:    **April 1, 2025**    _____

          STANLEY A. BOONE
25          United States Magistrate Judge

26
27
28