# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY KNUTSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EQUIFAX, INC., et al.,<br><br>　　　　Defendants. | Case No. 1:25-cv-00255-JLT-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE STATUS REPORT REGARDING DEFENDANTS AND READINESS FOR SCHEDULING CONFERENCE<br><br>**DEADLINE: MAY 12, 2025**<br><br>(ECF No. 7) |

　　　　On February 27, 2025, Plaintiff commenced this action. (ECF No. 1.) As relevant here, Defendant Experian Information Solutions, Inc. ("Experian") was served on March 3, 2025. (ECF No. 9.) A scheduling conference is currently set for June 17, 2025. (ECF No. 4.) However, Defendant Experian has not appeared, and Plaintiff has not moved for entry of default.

///

///

///

///

///

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that, **on or before May 12, 2025**, Plaintiff shall file a status report indicating whether Plaintiff is prepared to hold the scheduling conference; whether the scheduling conference should be continued to allow for Defendant Experian to appear in this action; or whether Plaintiff will be seeking default against Defendant Experian prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **May 7, 2025**

STANLEY A. BOONE
United States Magistrate Judge