# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY KNUTSON,<br><br>Plaintiff,<br><br>v.<br><br>TRANSUNION, LLC, et al.,<br><br>Defendants. | Case No. 1:25-cv-00255-JLT-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>(ECF No. 24)<br><br>**JULY 7, 2025 DEADLINE** |

On May 8, 2025, Plaintiff filed a notice of settlement, informing the Court that a settlement has been reached with Defendant Experian Information Solutions, Inc. and that dispositional documents will be filed within sixty days. (ECF No. 24.) Defendant Experian Information Solutions, Inc. has not filed a responsive pleading nor are any dates set in this action.

Accordingly, pursuant to the stipulation, it is HEREBY ORDERED that Plaintiff shall file dispositional documents **no later than July 7, 2025**. Any request for an extension shall be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated:   **May 9, 2025**

STANLEY A. BOONE
United States Magistrate Judge