# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY KNUTSON,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX, INC., et al.,<br><br>    Defendants. | Case No. 1:25-cv-00255-JLT-SAB<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE IN WRITING WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO FILE DISPOSITIONAL DOCUMENTS BY COURT ORDERED DEADLINE<br><br>(ECF No. 16)<br><br>**DEADLINE: JUNE 2, 2025** |

On March 26, 2025, Plaintiff filed a notice of settlement as to Defendant TD Bank USA, N.A. (ECF No. 15.) On March 27, 2025, the Court issued an order setting the deadline to file dispositional documents by May 26, 2025. (ECF No. 35; see Fed. R. Civ. P. 6(a)(3).) The deadline to file dispositional documents has now expired, and Plaintiff has failed to file such documents or otherwise request an extension of time to do so.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles Cnty., 216 F.3d 837, 841 (9th Cir. 2000). The Court shall require the parties to show cause why sanctions should not issue for the

failure to file dispositional documents in compliance with the Court's order issued March 27, 2025.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall show cause in writing **no later than June 2, 2025**, why sanctions should not issue for the failure to file dispositional documents by the deadline required by the March 27, 2025, order (ECF No. 16). <u>Plaintiff is advised that filing dispositional documents without also filing documents showing cause in writing why sanctions should not issue does not constitute compliance with this order</u>; and

2. Failure to comply with this order will result in the issuance of sanctions.

IT IS SO ORDERED.

Dated:   **May 29, 2025**

STANLEY A. BOONE
United States Magistrate Judge