# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY KNUTSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EQUIFAX, INC., et al.,<br><br>　　　　Defendants. | Case No. 1:25-cv-00255-JLT-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND DIRECTING CLERK OF COURT TO TERMINATE TD BANK USA, N.A. AND EXPERIAN INFORMATION SOLUTIONS, INC. AS DEFENDANTS IN THIS ACTION<br><br>(ECF Nos. 26, 27, 28) |

　　　　On May 29, 2025, the Court issued an order requiring the parties to show cause in writing why sanctions should not be imposed for failure to file dispositional documents for Defendant TD Bank USA, N.A. by the court ordered deadline. (ECF No. 26.) On May 29, 2025, Plaintiff filed notices of voluntary dismissal of Defendants TD Bank USA, N.A. (ECF No. 27) and Experian Information Solutions, Inc. with prejudice (ECF No. 28). The Court discharges the order to show cause.

　　　　"[U]nder Rule 41(a)(1)(A)(i), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.'" Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (quoting Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)). The Ninth Circuit has held that Rule 41(a) allows a plaintiff to dismiss without a court order any defendant who has yet to serve an answer or motion for summary judgment. Pedrina v. Chun, 987 F.2d 608, 609 (9th

Cir. 1993). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." Commercial Space Mgmt. Co., Inc., 193 F.3d at 1078. Neither Defendant TD Bank USA, N.A. nor Defendant Experian Information Solutions, Inc. have filed an answer or a motion for summary judgment in this action.

Accordingly, the Clerk of the Court is DIRECTED to terminate TD Bank USA, N.A. and Experian Information Solutions, Inc. as defendants in this action.

IT IS SO ORDERED.

Dated: **June 3, 2025**

STANLEY A. BOONE
United States Magistrate Judge