# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY KNUTSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EQUIFAX, INC.,<br><br>　　　　Defendant. | Case No. 1:25-cv-00255-JLT-SAB<br><br>ORDER VACATING SCHEDULING CONFERENCE AND REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS AS TO DEFENDANT EQUIFAX, INC.<br><br>(ECF No. 30)<br><br>**AUGUST 8, 2025 DEADLINE** |

On June 9, 2025, Plaintiff filed a notice of settlement informing the Court that a settlement has been reached with the final defendant in this action, Equifax, Inc., and that dispositional documents will be filed within sixty days. (ECF No. 30.)

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates in this action, including the June 17, 2025 scheduling conference, are VACATED; and

2. The parties shall file dispositional documents within **sixty (60) days** of entry of this order. Any request for extension shall be supported by good cause. L.R. 160.

IT IS SO ORDERED.

Dated:   **June 10, 2025**

　　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge