|  |  |
|---|---|
| TAMMY KNUTSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EQUIFAX, INC., et al.,<br><br>　　　　Defendants. | Case No. 1:25-cv-00255-JLT-SAB<br><br>ORDER REQUIRING THE PARTIES TO SHOW CAUSE IN WRITING WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO FILE DISPOSITIONAL DOCUMENTS BY COURT ORDERED DEADLINE<br><br>(ECF No. 31)<br><br>**DEADLINE: AUGUST 15, 2025** |

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

On February 27, 2025, Plaintiff initiated this action against multiple defendants, including Equifax, Inc. (ECF No. 1.) On April 14, 2025, Defendant Equifax filed its answer. (ECF No. 21.)

On June 9, 2025, Plaintiff filed a notice that a settlement has been reached with Equifax, the only remaining defendant in this action, and that dispositional documents would be filed within sixty days. (ECF No. 30.) On June 10, 2025, the Court issued an order setting the deadline to file dispositional documents no later than sixty days. (ECF No. 31.) The deadline has expired, and the parties have failed to file such documents or otherwise request an extension of time to do so.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all

sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. <u>Bautista v. Los Angeles Cnty.</u>, 216 F.3d 837, 841 (9th Cir. 2000). For the <u>second</u> time in this action (<u>see</u> ECF No. 26), the Court shall require the parties to show cause why sanctions should not issue for the failure to file dispositional documents in compliance with a court order.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties shall show cause in writing **no later than August 15, 2025**, why sanctions should not issue for the failure to file stipulated dispositional documents by the deadline required by the June 10, 2025, order (ECF No. 31). **<u>The parties are advised that filing dispositional documents without also filing documents showing cause in writing why sanctions should not issue does not constitute compliance with this order</u>**; and

2. Failure to comply with this order will result in the issuance of sanctions.

IT IS SO ORDERED.

Dated:   **August 12, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2