# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY KNUTSON, | Case No. 1:25-cv-00255-JLT-SAB |
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| v. | ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL |
| EQUIFAX, INC., et al., | |
| Defendants. | (ECF Nos. 32, 33, 34) |

On February 27, 2025, Plaintiff initiated this action against multiple defendants, including Equifax, Inc. (ECF No. 1.) On April 14, 2025, Defendant Equifax filed its answer. (ECF No. 21.)

On June 9, 2025, Plaintiff filed a notice that a settlement has been reached with Equifax, the only remaining defendant in this action, and that dispositional documents would be filed within sixty days. (ECF No. 30.) On June 10, 2025, the Court issued an order setting the deadline to file dispositional documents no later than sixty days. (ECF No. 31.) On August 12, 2025, the Court issued an order to show cause why sanctions should not issue for the failure to comply with the June 10, 2025 court order. (ECF No. 32.)

On August 15, 2025, Plaintiff filed a response to the order to show cause stating that the failure to timely file the dispositional documents was due to an oversight by counsel for Plaintiff. (ECF No. 33.) The Court finds good cause to discharge the order to show cause.

1    In light of the stipulation of the parties (ECF No. 33), this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.

Accordingly, IT IS HEREBY ORDERED that:

1. The August 12, 2025 order to show cause (ECF No. 32) is DISCHARGED; and
2. The Clerk of the Court is directed to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:    **August 15, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2